## Affidavit in Support of Criminal Complaint
## and Arrest Warrant for Rajat RAJAT

I, Willie Carswell, a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, state as follows:

## INTRODUCTION

1. I am presently a Special Agent (SA) of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and serve as a sworn law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code. In that capacity, I am empowered to conduct investigations pursuant Section 2516(a) of Title 18 United States Code and to make arrests for offenses enumerated in Titles 8, 18, 19, 21, 31 United States Code. During my tenure as an SA, I have completed approximately 1080 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). Prior to working for HSI, I was a law enforcement officer for the City of Asheville in North Carolina for three years and worked as a state law enforcement agent for the North Carolina License and Theft Bureau for nine years. During my tenure as a law enforcement officer, I have personally investigated and/or assisted with investigations of a variety of crimes to include fraud, money laundering, violent crimes, bank robberies, sexual assaults, homicides, thefts and controlled substance offenses. As the result of these investigations, I have participated in the execution of hundreds of search warrants and interviews of numerous defendants.

2. In the course of my duties as an SA, I have worked as a lead case agent, directing federal investigations concerning Transnational Criminal Organizations (TCOs) and Organized Retail Crime (ORC) theft rings. I have initiated, executed and been involved in numerous

investigations involving offenses to include immigration related violations, document fraud, identity theft, controlled substance distribution, money laundering and wire fraud. As a result of these investigations, I have interviewed defendants, witnesses, informants and have collected evidence pertaining to these offenses.

3. This Affidavit is presented in support of a Criminal Complaint charging **Rajat RAJAT** with a violation of Title 18, United States Code, Section 2314, interstate transportation of stolen property.

4. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other SAs and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish the requisite foundation for probable cause.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

5. On May 4, 2026, a man later identified as Rajat RAJAT drove a tractor truck and trailer to IMC Metals America, LLC. (IMC), located in Shelby, Cleveland County, North Carolina, within the Western District of North Carolina, and fraudulently claimed to be there to pick up a shipment of copper wire for delivery. RAJAT, the lone operator and occupant of the truck, identified himself as "Sunny Deol" and provided IMC with a forged Texas driver's license with RAJAT's picture in

the name of Sunny Deol[1]. RAJAT deceived IMC employees into believing that he was a valid delivery driver for "Road Gladiators," a freight carrier. IMC provided RAJAT with a load of copper wire valued at over $250,000 for delivery to a customer located in Fort Wayne, Indiana. RAJAT signed a Bill of Lading (BOL) in the false name of Sunny Deol, knowing that he was not employed by Road Gladiators and intending to steal the copper coils rather than deliver them to the intended receiver in Indiana.

6. Due to similar copper coil thefts in the past, IMC routinely installed GPS tracking devices on their shipments, including the shipment fraudulently entrusted to RAJAT. On May 5, 2026, IMC management determined that the freight load given to RAJAT was off course and sitting stationary in Meridian, Mississippi. IMC management attempted to contact RAJAT via telephone using the telephone number RAJAT provided to the company, but RAJAT never answered. IMC determined the cargo load to be hijacked and contacted the police to report the theft and provided them with the exact GPS location of the stolen copper coils.

7. The undersigned agent performed facial recognition queries using the picture from the "Sunny Deol" driver's license that RAJAT provided to IMC and identified RAJAT as the face depicted.

8. On May 5, 2026, law enforcement officers located RAJAT in Meridian, Mississippi, using the GPS information from IMC management. RAJAT was alone in the cab of the tractor truck displaying the same numerical identifiers of the truck he used to steal the copper coils from IMC on May 4, 2026.

---

[1] "Sunny Deol" is the professional name of Indian actor Ajay Singh Deol, who has appeared in many Bollywood films. See https://www.imdb.com/name/nm0219971/bio/?ref_=nm_ov_bio_sm (last accessed July 6, 2026). RAJAT is a native of India. The Texas driver's license number on the fake identification (5021763) was issued to a person herein referred to as "C.M.P." of Conroe, Texas, who was neither RAJAT nor Sunny Deol.

9.  RAJAT claimed that he was not the driver of the tractor truck and that the driver was inside a hotel near the parking lot where the tractor truck and trailer were sitting stationary. The officer allowed RAJAT to enter the hotel and look for the driver of the tractor truck and trailer, but RAJAT was unable to do so. RAJAT claimed that "Sunny Deol" picked him up in Georgia and left him in the truck in Mississippi after RAJAT fell asleep.

10. RAJAT consented to a search of the trailer that was connected to the tractor truck, and the officer located the stolen copper coils. IMC management confirmed via lot numbers that the copper coils in the trailer matched what was stolen from IMC in Shelby, North Carolina. RAJAT was arrested on Mississippi state charges for grand larceny.

11. On May 13, 2026, RAJAT was extradited from Meridian, Mississippi, to Shelby, North Carolina, to face North Carolina state felony theft charges. The undersigned agent interviewed RAJAT in Shelby. RAJAT was wearing the same clothing and shoes that he wore to IMC (confirmed by reviewing surveillance footage from IMC and body camera footage from the officer in Meridian). RAJAT provided inconsistent answers to questions about the copper coil theft, but acknowledged that the picture on the forged "Sunny Deol" driver's license that was presented to IMC was a picture of his (RAJAT's) face.

**CONCLUSION**

12. Based on my training, experience, and the facts of this and like investigations, I submit that there is probable cause for a criminal complaint against, and arrest warrant for **Rajat RAJAT** for the charge of interstate transportation of stolen property in violation of Title 18, United States Code, Section 2314.  I request the Court issue a Criminal Compliant and Arrest Warrant for the same.

Respectfully submitted,

**/s/ *Willie Carswell***
Willie Carswell, Special Agent
Immigration Customs Enforcement
Homeland Security Investigations

*This Affidavit was reviewed by AUSA David A. Thorneloe*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 15th day of July, 2026, at 3:16 PM.

W. Carleton Metcalf
United States Magistrate Judge